## Smart *v.* Bell Telephone Company of Pennsylvania, Appellant (No. 2).

Argued April 25, 1924. Appeal, No. 58, April T., 1924, by defendant, from judgment of C. P. Westmoreland Co., May T., 1920, No. 459, on verdict for plaintiff in the case of J. S. Smart v. The Bell Telephone Company of Pennsylvania. Before HENDERSON, TREXLER, KELLER, LINN and GAWTHROP, JJ. Affirmed.

OPINION BY KELLER, J., July 2, 1924:

This case grows out of the same accident described in the opinion filed in Dessie Marie Smart v. Bell Telephone Co., No. 57, April Term, 1924 [the preceding case]. The judgment covers property damage to the plaintiff's horse and buggy. The legal principles involved in the two cases are the same, and the same result necessarily follows.

The assignments of error are overruled and the judgment is affirmed.